GREGORY S. POWELL (182199)
Assistant United States Trustee
United States Department of Justice
Office of the U.S. Trustee
2500 Tulare Street, Suite 1401
Fresno, CA 93721
Telephone: (559) 487-5002
Facsimile:  (559) 487-5030
Email: Greg.powell@usdoj.gov

Attorney for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 23-30498 HLB |
| Toliao Ioroi Holding LLC, | ) | Chapter 11 |
| Debtor(s). | ) | |

### NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

Mark Sharf
6080 Center Drive, Suite 600
Los Angeles, CA  90045
Phone: (323) 612-0202
Email: mark@sharflaw.com

Dated: July 28, 2023         TRACY HOPE DAVIS
                             UNITED STATES TRUSTEE


                             /s/ Gregory S. Powell
                             Assistant United States Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE:                                                          CASE NO. 23-30498 HLB

Toliao Ioroi Holding LLC,                                       CHAPTER 11

        Debtor(s)

## VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $660, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: 7/28/2023                                               /s/ Mark M. Sharf
                                                                                         Mark Sharf
                                                                                          Subchapter V Trustee